# EXHIBIT C

EXHIBIT C
Page 22 of 23

For any other reason, please explain to us why you were warned in error so that we can investigate the case.

What happens if I do not provide the requested information?
If we do not receive the requested information, your listings will remain inactive.

Rights owner communication: Blisslights asserts that the accused product infringes Claim 6 of US Patent No. 8,057,045. Claim 6 is directed to: A projection apparatus, comprising: at least one diffractive optical source; at least one coherent light source, the at least one coherent light source positioned to direct light through the at least one diffractive optical source when power is supplied thereto; a power supply, wherein the at least one coherent light source and the at least one diffractive optical source generate a star field when supplied with power from the power supply; at least one non-coherent light source; a first condenser lens; at least one interferential wheel, the at least one inferential wheel positioned between the non-coherent light source and the first condenser lens; and a motor for rotating the interferential wheel, wherein the at least one non-coherent light source, the interferential wheel, the first condenser lens, and the motor generate a cloud-like effect when supplied with power from the power supply.

The accused product is a projection apparatus. The apparatus includes a laser (that is, a coherent light source) directing a light beam through at least one diffractive optical source (e.g., a diffractive lens, grating, or other optical element). The apparatus further includes a power supply such as a battery for supplying power to the coherent light source. The resulting diffracted light pattern is a star field. Furthermore, a non-coherent light source (e.g., an LED light) is provided. The light of the noncoherent light source passes through a first condenser lens, which is the large external lens visible on the surface of the product. An interferential wheel is placed in the light path between the noncoherent light source and the condenser lens. A motor rotates the interferential wheel. Power is supplied from the battery to the motor and the noncoherent light source, resulting in a moving cloud-like effect.
ASIN: B09572TXMF, B08VN57HBK, B07WVPNTKF, B08QHR52XK
Infringement type: Patent
Patent Number: 8057045
Complaint ID: 8552854661


You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en

EXHIBIT C
Page 23 of 23