IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN BOLONG TECHNOLOGY CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> BLISSLIGHTS LLC <br><br> Defendant. | Case No. 3:21-cv-1524-GPC-RBB <br><br> **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING DEADLINE FOR BLISSLIGHTS LLC'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

The Court having considered the parties' joint motion for extension of time to respond to Plaintiff's Complaint, ECF No. 11, and good cause being shown, IT IS HEREBY ORDERED that the motion is GRANTED. Defendant shall move, answer, or otherwise respond to Plaintiff's Complaint on or before **December 20, 2021**.

IT IS SO ORDERED.

Dated:  December 2, 2021

Hon. Gonzalo P. Curiel
United States District Judge